UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TONY JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C05-1113-JCC<br><br><br><br><br>ORDER |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be remanded for further administrative proceedings.  Upon remand, the Administrative Law Judge (ALJ) will develop the record for updated medical evidence, and obtain a consultative psychological evaluation with psychometric testing to determine whether there is a cognitive impairment.  The ALJ will also: reconsider medical source opinions, and provide reasons for any that are rejected; reconsider Plaintiff's subjective complaints, taking into account the Plaintiff's mental impairments as a possible source of his complaints; reassess

Page 1    ORDER- [C05-1113-JCC]

Plaintiff's residual functional capacity, addressing his use of a walker; and reconsider whether Plaintiff can perform any of his past relevant work; and, if appropriate, whether he can perform other work, obtaining vocational expert testimony as necessary.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

DATED this 9th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE

Recommended for Entry
this 30th day of November, 2005:


 /s/Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge

Presented by:


s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:     206-615-2531
carol.hoch@ssa.gov

Page 2     ORDER- [C05-1113-JCC]